**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DParker@ParkerandCarmody.com



April 14, 2020

**By ECF**
Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

/s/ George B. Daniels

George B. Daniels, U.S.D.J.

Dated: APR 1 4 2020

### Re: United States v. Goodman et al. (Javaris Jenkins)
20 Cr 57 (GBD)

Dear Judge Daniels:

    I represent Javaris Jenkins in the above-captioned matter. I write requesting that the Court grant me permission to expend CJA funds to retain Joshua Horowitz as an associate in this case.

    Mr. Horowitz has been appointed on approximately 15 cases in this District in the most recent past. Attached is a copy of his resume.

    The discovery in this case is massive, the charges quite serious, and Mr. Horowitz's services are needed to help me go through and analyze the discovery, research and draft any appropriate motions, and assist, at trial in the event that this case gets tried.

    Based on the foregoing, I respectfully request that the Court authorize me to expend CJA funds at the associate rate of $90/hr to hire Mr. Horowitz.

    Thank you for your attention to this matter.

Respectfully,

/s/

Daniel S. Parker

Cc: all parties by ECF