**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DParker@ParkerandCarmody.com

July 28, 2021

**By ECF**
Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

*/s/ George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: JUL 28 2021

Re: **United States v. Goodman et al. (Javaris Jenkins)**
20 Cr 57 (GBD)

Dear Judge Daniels:

I represent Javaris Jenkins in the above-captioned matter. I write requesting to join the request of co-counsel in this case, amending the motion schedule. We respectfully request an extension of 45 days or until September 16, 2021, to file pre-trial motions. The Government's response to these motions would be extended to October 28, 2021, and any replies would be submitted by the undersigned by November 11, 2021.

Thank you for your immediate attention to, and consideration in, this matter.

Respectfully submitted,

*/s/ Daniel S. Parker*

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street
6th Floor
New York, NY 10016
Tel. 917-670-7622

Cc: J. Horowitz