UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

-against-

JAVARIS JENKINS,

                Defendant.

------------------------------------x

SCHEDULING ORDER

20 Cr. 57-14 (GBD)

GEORGE B. DANIELS, United States District Judge:

    A change of plea hearing is scheduled for February 1, 2023 at 10:00 a.m.

Dated: January 18, 2023
       New York, New York

                              SO ORDERED.

                              *George B. Daniels*
                              GEORGE B. DANIELS
                              United States District Judge