UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

JAVARIS JENKINS,

                      Defendant.

------------------------------------- x

                                      ORDER

                                 20 Crim. 57-14 (GBD)

GEORGE B. DANIELS, United States District Judge:

    On October 22, 2024, Defendant filed a motion requesting his sentencing transcript (ECF No. 810.) On February 12, 2025, this Court mailed the transcript to Defendant.

    The Clerk of Court is directed to close the open motion at ECF No. 810.

Dated: May 15, 2025
       New York, New York

                                                      SO ORDERED.

                                                      GEORGE B. DANIELS
                                                      United States District Judge